The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLA McLEAN and DANETTE RANGE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKAGIT REGIONAL HEALTH and CASCADE VALLEY HOSPITAL,<br><br>Defendants. | No. 2:18-cv-01567-RSL<br><br>STIPULATION AND ORDER EXTENDING DEADLINES TO RESPOND TO COMPLAINT AND TO FILE CLASS CERTIFICATION MOTION |

**STIPULATION**

Plaintiffs and Defendants, through their undersigned counsel of record, have conferred regarding appropriate deadlines for Defendants to answer or otherwise respond to the Complaint in this putative class action [Dkt No. 1], and for Plaintiffs to file their proposed class certification motion. The proposed dates reflect an extension of approximately five weeks for Defendants to answer or otherwise respond to the Complaint, and for a corresponding extension of Plaintiffs' class certification motion deadline, in light of the intervening holidays and the parties' interest in allowing time for initial discussions about the case.

Without waiving any claims or defenses, the parties stipulate to and jointly request that January 31, 2019 be set as Defendants' new response date to the Complaint, and that June 3,

STIPULATION AND ORDER EXTENDING DEADLINE TO
RESPOND TO COMPLAINT - 1
Case No. 2:18-cv-01567-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

2019 be set as the new deadline for Plaintiffs to move pursuant to Local Rule 23(i)(3) for a determination under Fed. R. Civ. P. 23(c)(1) as to whether the case is to be maintained as a class action.

Accordingly, subject to the Court's approval, the parties agree as follows:

1. Defendants will file and serve their response to the Complaint by January 31, 2019.

2. Plaintiffs will file and serve their motion for a determination under Fed. R. Civ. P. 23(c)(1), as to whether the case is to be maintained as a class action, by June 3, 2019.

DATED this 28th day of December, 2018.

| FOSTER PEPPER PLLC | KAZERNOUNI LAW GROUP, APC |
|---|---|
| s/Tim J. Filer<br>s/Christopher G. Emch<br>Tim J. Filer, WSBA #16285<br>Christopher G. Emch, WSBA #26457<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington 98101-3292<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700<br>Email: tim.filer@foster.com<br>       chris.emch@foster.com<br>*Attorneys for Defendants Skagit Regional Health and Cascade Valley Hospital* | s/ Ryan L. McBride<br>s/ Abbas Kazerounian<br>Ryan L. McBride, WSBA #50751<br>Abbas Kazerounian, WSBA #48522<br>1546 NW 56th Street<br>Seattle, WA 98107<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br>Email: ak@kazlg.com<br>       ryan@kazlg.com<br>*Attorneys for Plaintiff* |
| HYDE & SWIGART<br><br>s/ Joshua B. Swigart<br>Joshua B. Swigart, WSBA #49422<br>2221 Camino Del Rio S., #101<br>San Diego, CA 92108<br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br>Email: josh@westcoastlitigation.com<br>*Attorney for Plaintiff* | |

STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT - 2
Case No. 2:18-cv-01567-RSL

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

## ORDER

This matter having come before the court on the Stipulation of the parties, and good cause having been shown,

IT IS HEREBY ORDERED that

1. The deadline for Defendants to respond to Plaintiff's Complaint is extended to January 31, 2019.

2. The deadline for Plaintiffs to move for a determination under Fed. R. Civ. P. 23(c)(1), as to whether the case is to be maintained as a class action, is extended to June 3, 2019.

Dated this 4th day of January, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER EXTENDING DEADLINE TO
RESPOND TO COMPLAINT - 3
Case No. 2:18-cv-01567-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700